PROB 22

**TRANSFER OF JURISDICTION**

**DOCKET NUMBER** (*Tran. Court*)
1:96CR05317-005 *OWW*

**DOCKET NUMBER** (*Rec. Court*)

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Enrique Gutierrez-Torres | Eastern District of California | Southern |

**FILED**

DEC 1 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**NAME OF SENTENCING JUDGE**

Oliver W. Wanger

| DATES OF SUPERVISED RELEASE: | FROM | TO |
|---|---|---|
| | | |

**OFFENSE** 21 USC 841(a)(1) - Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine
8 USC 1325(a)(2) - Avoidance of Examination by Immigration Officers

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

  **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised rerleasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11-8-05
_____
Date

_____
United States District Judge

**RESTITUTION:** This offender has an order of restitution which is to be paid jointly and severally with codefendants. Therefore, the offender shall send payment to the Eastern District of California, Court Clerk's Office and no financial record shall be created in the receiving district.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA**

  **IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/18/05
_____
Effective Date

_____
United States District Judge

cc:  Assistant United States Attorne

Rev. 12/:2004
PROB22.MRG